UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

-------------------------------

John Nickeas,
an individual,

Court File No. 01-1118 JRT/SRN

Plaintiff,

v.

**STIPULATION AND ORDER FOR DISMISSAL**

Trio Supply Company,
a Minnesota corporation,

Defendant.

-------------------------------

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and Defendant, through their respective undersigned attorneys, that the above-entitled action may be and is hereby dismissed upon the merits with prejudice and without costs to either party. The Court may enter judgment herein dismissing the action accordingly.

Dated: 11/28/01

NICHOLS KASTER & ANDERSON, PLLP

John A. Fabian (#13482X)
Attorneys for Plaintiff
4644 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-1919

Dated: 11-27-01

COUREY, KOSANDA & ZIMMER, P.A.

Marc W. Courey (#285018)
Attorneys for Defendant
8501 Golden Valley Road, Suite 125
Golden Valley, MN 55427
Minneapolis, MN 55401

(8)

FILED
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the stipulation of the parties of record, herein, through respective counsel, this action shall be and hereby is DISMISSED WITH PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Nov. 29, 2001

BY THE COURT:

John R. Tunheim

**JOHN R. TUNHEIM, JUDGE**
United States District Court